**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE A. CURELLA,<br><br>               Petitioner,<br><br>   vs.<br><br>JOSEPH K. WOODRING, WARDEN,<br><br>               Respondent. | CASE NO. CV 08-03382 RZ<br><br>JUDGMENT |

This matter came before the Court on the Petition of GIUSEPPE A. CURELLA for a writ of habeas corpus.

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 9, 2009

                                                          RALPH ZAREFSKY<br>
                                       UNITED STATES MAGISTRATE JUDGE